E-FILED
Thursday, 09 March, 2023  12:22:16 PM
Clerk, U.S. District Court, ILCD

EVIDENCE / DOCUMENTS IN SUPPORT

( A ) UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
OF ILLINOIS, URBANA DIVISION, FEDERAL INDICTMENT

( B ) FEDERAL RULES OF CIVIL PROCEDURE RULE 60 ( b ) ( 6 )

( C ) UNITED STATES DISTRICT COURT
ELECTRONIC FILING SYSTEM
DATED : 08 / 04 / 2003 THRU 12 / 28 / 2020

( d ) LEGAL AUTHORITY : MOORE V. MADIGAN, 702 F. 3d 933