UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**
SEP 0 3 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
       v.                           ) CRIMINAL NO. 03-20067
                                    ) Violation.: 18 U.S.C. § 922(g)(1)
CHARMELL D. BROWN,                  )
                                    )
                    Defendant.      )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about July 24, 2003, in Champaign County, in the Central District of Illinois, the defendant,

**CHARMELL D. BROWN,**

after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL;

s/ Foreperson

_____
FOREPERSON

s/ Tim Bass

_____
JAN PAUL MILLER
UNITED STATES ATTORNEY
TB

| | | |
|---|---|---|
| 08/04/2003 | 🔒 5 | MOTION for order to preclude examination of Government Witness by USA as to Charmell D Brown [ 2:03-m -7232 ] (JAB, ilcd) (Entered: 08/04/2003) |
| 08/04/2003 | 🔒 | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Tim Bass, AUSA for Government. Defendant CHARMELL BROWN appears in person and with counsel, Tiffani Hurst, AFPD. Hearing on Government's motion for order to preclude examination of Government Witness [5-1]; arguments heard. Motion ruled moot. Cause called for preliminary exam. Defendant orally waives his right to a preliminary exam. The Court finds defendant's waiver as knowing and voluntary. Cause bound over to the Grand Jury for further proceedings. Detention hearing held . Proffer by Government as to detention. Evidence for the defendant, witness sworn, testimony heard. Oral motion by defendant's attorney to continue the detention hearing; denied. Proffer by defendant re detention. Arguments heard. The defendant is ordered detained pending trial and is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) [ 2:03-m -7232 ] (JAB, ilcd) (Entered: 08/05/2003) |
| 08/05/2003 | 🔒 6 | ORDER of Detention of Charmell D Brown pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:03-m -7232 ] (JAB, ilcd) (Entered: 08/05/2003) |
| 08/08/2003 | 🔒 7 | ARREST Warrant returned executed as to Charmell D Brown 7/24/03 [ 2:03-m -7232 ] (JAB, ilcd) (Entered: 08/08/2003) |
| 09/03/2003 | 🔒 🔒 8 | INDICTMENT by AUSA Timothy A Bass. Counts filed against Charmell D Brown (1) count(s) 1 (JAB, ilcd) (Additional attachment(s) added on 12/13/2019: # 1 Indictment (sealed)) (KM, ilcd). (Entered: 09/04/2003) |
| 09/04/2003 | 🔒 | MINUTES: before Mag. Judge David G. Bernthal. An arraignment is set for SEPTEMBER 9, 2003 at 11:00 a.m. before the Honorable David B. Bernthal, Courtroom C, 201 S. Vine Street, Urbana, IL (cc: all counsel/USPO/USMS along with copy of Indictment) (JAB, ilcd) (Entered: 09/04/2003) |
| 09/09/2003 | 🔒 | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Eugene Miller, AUSA for Government. Defendant CHARMELL BROWN appears in person and with counsel, Tiffani Hurst, AFPD. Defendant sworn, advised of charges, rights and penalties. Dft Charmell D Brown arraigned and not guilty plea entered. Written scheduling order entered. The pretrial conference set for OCTOBER 31, 2003 at 9:30 a.m. Jury selection and jury trial set for NOVEMBER 10, 2003 at 8:30 a.m. all before Judge Michael P. McCuskey. Order of detention to remain in effect and the defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 09/09/2003) |
| 10/20/2003 | 🔒 | MINUTES: before Judge Michael P. McCuskey. Due to the unavailability of Assistant Federal Defender Hurst during the week of October 27th, the final pretrial conference as to defendant CHARMELL BROWN is RESET from 9:30 a.m., October 31, 2003 to 10:30 a.m. on OCTOBER 21, 2003 before the Honorable Michael P. McCuskey, Courtroom A, 201 S. Vine Street, Urbana, IL (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 10/20/2003) |
| 10/21/2003 | 🔒 9 | MOTION to continue final pretrial and jury trial by Charmell D Brown (SLJ, ilcd) (Entered: 10/21/2003) |
| 10/21/2003 | 🔒 | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CHARMELL BROWN appears in person |

| | | | |
|---|---|---|---|
| | | | and with counsel, Tiffani Hurst, AFPD. Government has no objection to defendant's motion to continue final pretrial and jury trial [9-1]; motion granted. The Court finds by granting the continuance, the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). The final pretrial conference is CONTINUED to DECEMBER 5, 2003 at 11:00 a.m. The Jury Trial is VACATED for November 10, 2003 and RESET to DECEMBER 15, 2003 at 8:30 a.m. before Judge Michael P. McCuskey. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 10/21/2003) |
| 11/13/2003 | 🔒 | 10 | MOTION to modify order of detention by Charmell D Brown (JAB, ilcd) (Entered: 11/14/2003) |
| 11/14/2003 | 🔒 | | MINUTES: before Mag. Judge David G. Bernthal. A motion hearing regarding defendant's motion to modify order of detention [10-1] is set via telephone conference for NOVEMBER 14, 2003 at 11:00 a.m. Defendant Brown will participate via telephone from his place of incarceration. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 11/14/2003) |
| 11/14/2003 | 🔒 | | MINUTES: before Mag. Judge David G. Bernthal. Hearing held regarding dft's motion to modify order of detention [10-1]. Appearance for Govt by AUSA Colin Bruce on behalf of AUSA Timothy Bass. Dft CHARMELL D BROWN appears by telephone with his counsel AFPD Tiffani Johnson also appearing by telephone. Dft presents proffer to the Court. Witness sworn; testimony heard. Argument heard from Govt and dft counsel. The dft's motion to modify order of detention [10-1] is DENIED. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 11/14/2003) |
| 12/05/2003 | 🔒 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CHARMELL D BROWN appears in person and with counsel, Tiffani Johnson, AFPD. The pretrial conference is converted to a change of plea. Defendant sworn, advised of charges, rights and penalties. Charmell D Brown enters guilty plea. The Court accepts defendants plea of guilty and finds the defendant guilty as charged. No written plea agreement filed. The jury trial is VACATED for December 15, 2003. Sentencing hearing set for MARCH 23, 2004 at 2:30 p.m. Cause referred to Probation for a presentence investigation report. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (MaryPat/CrtRptr-AreaWide) (JAB, ilcd) (Entered: 12/05/2003) |
| 12/08/2003 | 🔒 | 11 | ORDER on implementation of sentencing guidelines entered by Judge Michael P. McCuskey (cc: all counsel/USPO) (JAB, ilcd) (Entered: 12/08/2003) |
| 03/18/2004 | 🔒 | 12 | Government's COMMENTARY/SENTENCING memorandum re Charmell D Brown (JAB, ilcd) (Entered: 03/18/2004) |
| 03/23/2004 | 🔒 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CHARMELL BROWN appears in person and with counsel Tiffani Johnson, AFPD. Parties acknowledge receipt of presentence investigation report. No objections stated. Sentencing hearing held. Recommendations by counsel heard. Statement in allocution by defendant. Sentencing Charmell D Brown (1) count(s) 1. It is the judgment of the Court, the defendant is committed to the custody of the BOP for a term of 57 months. Upon release from incarceration, the defendant is placed on |

| | | | |
|---|---|---|---|
| | | | supervised release for a term of 3 years and under special conditions. He is to pay a $100 special assessment. Defendant advised of his appeal rights. Defendant remanded to the custody of the USM. Case terminated . (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 03/23/2004) |
| 03/23/2004 | 🔒 | 13 | PRESENTENCE Report on Charmell D Brown (original sealed) (JAB, ilcd) (Entered: 03/23/2004) |
| 03/23/2004 | 🔒 | 14 | SENTENCING recommendation (original sealed) as to defendant Charmell D Brown (JAB, ilcd) (Entered: 03/23/2004) |
| 03/23/2004 | 🔒 | 15 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Charmell D Brown by Judge Michael P. McCuskey (JAB, ilcd) (Entered: 03/23/2004) |
| 03/24/2004 | 🔒 | 16 | JUDGMENT and Commitment Order as to defendant Charmell D Brown by Judge Michael P. McCuskey (JAB, ilcd) (Entered: 03/24/2004) |
| 05/17/2004 | 🔒 | 17 | JUDGMENT and Commitment returned executed 5/12/04 as to Charmell D Brown (1) count(s) 1 (SP, ilcd) (Entered: 05/17/2004) |
| 08/18/2005 | | 18 | Receipt from Probation re: PSI Report as to Charmell D Brown. (SLJ, ilcd) (Entered: 08/18/2005) |
| 09/19/2006 | | 19 | Letter from defendant requesting copy of docket sheet.. (SP, ilcd) (Entered: 09/19/2006) |
| 09/19/2006 | | 20 | Letter to defendant regarding copy request. (SP, ilcd) (Entered: 09/19/2006) |
| 01/03/2008 | | 21 | SEALED MOTION - Unsealed 1/8/2008 - Petition for Warrant. (KM, ilcd) Modified on 1/8/2008. (SP, ilcd) (Entered: 01/03/2008) |
| 01/03/2008 | | | TEXT ORDER regarding 21 Sealed Motion as to Charmell D Brown (1) entered by Judge Harold A. Baker on 1/3/08. (KM, ilcd) (Entered: 01/03/2008) |
| 01/03/2008 | 🔒 | 22 | (Court only) |
| 01/08/2008 | | 23 | MOTION to Dismiss by USA as to Charmell D Brown. (Bruce, Colin) (Entered: 01/08/2008) |
| 01/08/2008 | | | TEXT ORDER entered by Magistrate Judge David G. Bernthal on 1/8/2008 as to Charmell D Brown (1). Plaintiff's Motion to Dismiss and to Quash Warrant 23 is GRANTED. Defendant Charmell Brown's Petition for WARRANT 23 is DISMISSED and the Arrest Warrant 22 is QUASHED. (SP, ilcd) (Entered: 01/08/2008) |
| 01/14/2008 | 🔒 | 24 | (Court only) |
| 09/26/2011 | 🔒 | | (Court only) |
| 06/12/2019 | | 25 | Letter from Charmell Brown requesting copy of Indictment. (KM, ilcd) (Entered: 06/12/2019) |

| 06/12/2019 | | TEXT ORDER as to Charmell D Brown re 25 Letter entered by Chief Judge Sara Darrow on 6/12/19. The Defendant has requested documents associated with this case. The Defendant had access to all pleadings and documents during the pendency of this case. If the Defendant wants copies, the Defendant may seek them from former Defense counsel. (KM, ilcd) (Entered: 06/12/2019) |
|---|---|---|
| 06/12/2019 | 🔒 | (Court only) |
| 12/10/2019 | 26 | Letter from Charmell Brown requesting Indictment. (KM, ilcd) (Entered: 12/12/2019) |
| 12/13/2019 | 🔒 | (Court only) |
| 12/28/2020 | 27 | Letter from Charmell Brown requesting copy of docket sheet (docket sheet mailed with restricted entries redacted due to age of case). (KM, ilcd) (Entered: 12/29/2020) |