Correspondence from Individual in Custody

Legal Mail

E-FILED
Thursday, 09 March, 2023 12:22:17 PM
Clerk, U.S. District Court, ILCD

CHARNELL D. BROWN  #R-11-87
P.O. BOX 1000
MENARD, ILLINOIS 62259

TO: CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT,
URBANA DIVISION
201 S. VINE STREET
URBANA, ILLINOIS
61802

( Legal Mail )